THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES T. TAYLOR, Defendant-Appellant.

(No. 74-257;

Fifth District—April 11, 1975.

Opinion by Mr. JUSTICE G. MORAN.

Sprague, Sprague, & Ysursa, of Belleville (Bernard J. Ysursa, of counsel), for appellant.

Ralph J. Mendelsohn, of State's Attorneys Task Force, of Cairo, for the People.